AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | | |
|---|---|---|
| Cameron Thompson<br>*Plaintiff* | )<br>)<br>) | |
| v. | )<br>) | Civil Action No. 4:21-cv-00467-P |
| Budco Financial Services, et al<br>*Defendant* | )<br>)<br>)<br>) | |

## Summons in a Civil Action

**TO:** Royal Administration Services Inc

A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:

  Amy Ginsburg
  30 East Butler Pike
  Ambler , PA 19002

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

DATE: 03/30/2021

*Signature of Clerk or Deputy Clerk*

Civil Action No. 4:21-cv-00467-P

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated
by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ other *(specify)*: _____
_____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

# RETURN OF SERVICE

State of Texas          County of Northern          District Court

Case Number: 4:21-CV-00467-P

Plaintiff:
**CAMERON THOMPSON**

vs.

Defendant:
**BUDCO FINANCIAL SERVICES, ET AL**

For:
Amy Bennecoff Ginsburg
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002

Received by Process Service of America, Inc., Leon County, on the **7th day of April, 2021 at 8:52 am** to be served on **ROYAL ADMINISTRATIVE SERVICE C/O CORPORATION SERVICE COMPANY AS RA, 1201 HAYS STREET, TALLAHASSEE, FL 32301**.

I, Christopher Compton, do hereby affirm that on the **7th day of April, 2021** at **10:50 am, I:**

SERVED the within named corporation by delivering a true copy of the Summons In A Civil Action, Complaint, Exhibits, Civil Cover Sheet with the date and hour of service endorsed thereon by me to: RONNIE LONG as employee of the Registered Agent (Company) for ROYAL ADMINISTRATIVE SERVICE at 1201 HAYS STREET, TALLAHASSEE, FL 32301 and informed said person of the contents therein, pursuant to F.S. 48.081

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the Second Judicial Circuit in which the process was served. Under penalty of perjury I declare I have read the foregoing documents and that the facts stated in it are true. Notary not required pursuant to FL Statute 92.525 Sec (2).

Christopher Compton
Certified Process Server # 101

Process Service of America, Inc., Leon County,
P.O. Box 5848
Tallahassee, FL 32314-5848
(850) 877-9809

Our Job Serial Number: SKT-2021002758

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.1t

