IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| CAMERON THOMPSON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:21-cv-00467-P |
| | § | |
| DEALER RENEWAL SERVICES, et al., | § | |
| | § | |
| | § | |
| Defendants. | § | |

### ORDER

This action was filed in this Court on March 30, 2021. ECF No. 1. As of the date of this order, Plaintiff has yet to effectuate service on Dealer Renewal Services ("DRS"). Under Federal Rule of Civil Procedure 4(m), defendants must be served within 90 days after the complaint is filed. FED. R. CIV. P. 4. Failure to do requires the Court to dismiss plaintiff's action against unserved parties. *Id*. Yesterday marked the 90-day deadline. If Plaintiff fails to file proof of service on DRS **on or before July 2, 2021**, the Court will dismiss Plaintiff's claims against DRS under Rule 4(m) and pursuant to Rule 41(b) for failure to prosecute. *See* FED. R. CIV. P. 4(m), 41(b); *Larson v. Scott*, 157 F.3d 1030, 1031 (5th Cir. 1998); *Long v. Simmons*, 77 F.3d 878, 880 (5th Cir. 1996); *Boudwin v. Grayston Ins. Co.*, 756 F.2d 399, 401 (5th Cir. 1985) (citation omitted).

**SO ORDERED** on this **29th day** of **June, 2021.**

Mark T. Pittman
UNITED STATES DISTRICT JUDGE