AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | |
|---|---|
| Cameron Thompson <br> *Plaintiff* <br> v. <br> Budco Financial Services, et al <br> *Defendant* | ) ) ) ) ) ) ) ) ) Civil Action No. 4:21-cv-00467-P |

## Summons in a Civil Action

**TO:** Dealer Renewal Services

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:

Amy Ginsburg
30 East Butler Pike
Ambler , PA 19002

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

DATE: 03/30/2021

*Signature of Clerk or Deputy Clerk*

Civil Action No. 4:21-cv-00467-P

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (*name of individual and title, if any*) _____
was received by me on (*date*) _____.

☐ I personally served the summons on the individual at (*place*) _____
_____ on (*date*) _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (*name*) _____
_____ , a person of suitable age and discretion who resides there,
on (*date*) _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on (*name of individual*) _____ , who is designated
by law to accept service of process on behalf of (*name of organization*) _____
_____ on (*date*) _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ other (*specify*) _____
_____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 4:21-cv-00467-P

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Dealer Renewal Services__
was received by me on *(date)* __6/29/2021   3:50PM__

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* __Suzanne Yaqoub__, who is designated by law to accept service of process on behalf of *(name of organization)* __Dealer Renewal Services__ on *(date)* __6/30/2021  9:47AM__; or

☐ I returned the summons unexecuted because _____ ; or

☐ other *(specify)*: _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: __6/30/2021__

_____
Server's signature

__Sedric L. Johnson__
Printed name and title

__515 Parkway Court, Greenacres, FL 33413__
Server's address

Additional information regarding attempted service, etc:

## UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS

**Plaintiff**
CAMERON THOMPSON

vs.

Case No.: Civil Action No: 4:21-cv-00467-P
Court Date:
Court Judge:

**Defendant**
BUDCO FINANCIAL SERVICES, Et Al

## RETURN OF SERVICE

I Sedric L. Johnson #903, being duly sworn, depose and say, I have been duly authorized to make service of the document(s) listed herein in the above styled case. I am over the age of 18, and am not a party to or otherwise interested in this matter.

**For:** Kimmel & Silverman, P.C.
**Date Received:** 06/29/2021 03:50:00 PM
**Document(s):** SUMMONS IN A CIVIL ACTION/COMPLAINT/CIVIL COVER SHEET/CLOCKED EXHIBITS
**Serve To:** DEALER RENEWAL SERVICES
**Address:** 3300 SOUTH DIXIE HIGHWAY, SUITE 267, WEST PALM BEACH, FL 33405
**Date Served:** 06/30/2021 09:47:00 AM
**Method of Service:** SUBSTITUTE BUSINESS
**Person Served:** SUZANNE YAGOUB FOR DEALER RENEWAL SERVICES (AUTHORIZED REPRESENTATIVE  )
**Address:** 3300 SOUTH DIXIE HIGHWAY, SUITE 267, WEST PALM BEACH, FL 33405
**Military Status:** N/A
**Comments:** THE SUBJECT SERVED WAS A WHITE FEMALE, BROWN HAIR, BLUE EYES, NO GLASSES, 5FT 7INCHES, 145 POUNDS, 40 YEARS OLD.

I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge.

_Sedric L. Johnson #903_

SEDSERVER, Inc
515 Parkway Court
Greenacres, Florida   33413
561-714-8162

ID: 2021-000543
Client Reference: Case: Kimmel & Silverman, P.C.

AO 440 (Rev. 12/09) Summons in a Civil Action

## UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | |
|---|---|
| Cameron Thompson <br> *Plaintiff* <br> v. <br> Budco Financial Services, et al <br> *Defendant* | ) ) ) ) ) ) ) Civil Action No. 4:21-cv-00467-P |

6/30/2021 9:47AM

### Summons in a Civil Action

**TO:** Dealer Renewal Services

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:

Amy Ginsburg
30 East Butler Pike
Ambler , PA 19002

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

DATE: 03/30/2021

*Signature of Clerk or Deputy Clerk*