UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FT. WORTH DIVISION

| | | |
|---|---|---|
| CAMERON THOMPSON, | § | |
| | § | |
|    Plaintiff | § | |
| | § | |
| v. | § | CASE NO. 4:21-CV-00467-P |
| | § | |
| BUDCO FINANCIAL SERVICES, INC., ET AL., | § | |
| | § | |
|    Defendants. | § | |

**NOTICE OF ACCEPTANCE OF**
**OFFER OF JUDGMENT**

Defendants Royal Administrative Services, Inc. ("RAS") and Budco Financial Services, Inc. ("Budco") made the following offer of judgment to the plaintiff under Federal Rule of Civil Procedure 68:

**Offer of Judgment**

Royal and Budco jointly offer the collective sum of $2,500, including all expenses, costs, and attorney fees, for which a joint and several judgment for $2,500 may be entered. This offer is conditioned only upon the execution of complete mutual releases.

The plaintiff accepted such offer by means of the email exchange attached as Exhibit 1.

1

Respectfully submitted,

JOHNSON, RIAL & PARKER, P.C.

By: */s/ Hamilton Rial*
    Hamilton Rial
    State Bar No. 16824980
    3660 Stoneridge Rd., B-102
    Austin, Texas 78746
    Telephone No. (512) 322-8118
    Facsimile No. (512) 697-0039
    hrial@johnson-rial-parker.com

    J. Douglas Uloth
    State Bar No. 20273700
    ULOTH, P.C.
    5080 Spectrum Drive, Suite 1000 East
    Addison, Texas 75001-4648
    (469) 791-0411
    (888) 780-5946 (Fax)
    douguloth@ulothlaw.com

    *Attorneys for Royal Administrative Services, Inc.*
    *and Budco Financial Services, Inc.*

## **CERTIFICATION**

    I hereby certify that on the 18th day of August, 2021, a copy of the foregoing was filed electronically and served by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

    */s/ Hamilton Rial*
    Hamilton Rial