# Exhibit 1

| | |
|---|---|
| **From:** | Hamilton Rial |
| **To:** | Jacob U. Ginsburg |
| **Cc:** | Melanie Panasiuk; jsteward@creditlaw.com; Angela K. Troccoli; Adrienne Richardson |
| **Subject:** | Re: Thompson v. DRS, Royal Admin., and Budco : $2500 Rule 68 Offer |
| **Date:** | Monday, August 09, 2021 12:39:28 PM |
| **Attachments:** | image002.png |

Jake, your email is received, agreed, and thank you. Hamilton

> On Aug 9, 2021, at 10:48 AM, Jacob U. Ginsburg <jginsburg@creditlaw.com> wrote:
>
> Hamilton:
>
> Good speaking with you today. This email is to confirm that Cameron Thompson accepts the offer of judgment issued by Royal Admin and Budco only. As anticipated by the Rule 68 offer, the third defendant in this case, Dealer Renewal Service, is not subject to this offer of judgment and therefore Mr. Thompson's case will remain active against Dealer Renewal.
>
> We will file the necessary papers to confirm the acceptance of the OOJ.
>
> Thank you.
>
> Jake
>
>
>
> **From:** Hamilton Rial [mailto:hrial@johnson-rial-parker.com]
> **Sent:** Thursday, July 29, 2021 5:25 PM
> **To:** jginsburg@creditlaw.com
> **Subject:** Thompson v. DRS, Royal Admin., and Budco : $2500 Rule 68 Offer
>
> Jake, I appreciate your call and our discussion.
>
> Hamilton Rial
>
> Johnson, Rial & Parker, P.C.
> Building B-102
> 3660 Stoneridge Rd.
> Austin, Texas 78746
> 512-322-8118 (Direct)
> 512-697-0039 (Facsimile)
> hrial@johnson-rial-parker.com
> www.johnson-rial-parker.com

**Consumer and Commercial Law**

Unless the author explicitly states an intent for this email to be deemed "signed," no portion of this email is an "electronic signature." Communications directed to clients of our firm are privileged and confidential.

---

**Total Control Panel**                                                                 Login

To: hrial@johnson-rial-parker.com          Remove this sender from my allow list

From: jginsburg@creditlaw.com

*You received this message because the sender is on your allow list.*