**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**

| | |
|---|---|
| **Cameron Thompson**, | ) |
| Plaintiff, | ) **Case No.:** |
| v. | ) |
| | ) **4:21-cv-00467-P** |
| **Dealer Renewal Services, Royal Administration Services, Inc., and Budco Financial Services** | ) |
| Defendant. | ) |

**PLAINTIFF'S REQUEST FOR AN ENTRY OF DEFAULT**

TO THE CLERK OF COURT:

Plaintiff, Cameron Thompson ("Plaintiff"), by and through his undersigned counsel, hereby requests for entry of default against Defendant, Dealer Renewal Services ("Defendant").

Defendant, Dealer Renewal Services, was served via personal service on June 30, 2021. See Docket Entry 22. Accordingly, Defendant's answer would have been due July 21, 2021. As of this date, no answer has been filed by Defendant.

For those reasons and those set forth in the accompanying Affidavit, Plaintiff requests the Clerk enter default against Defendant pursuant to Fed. R. Civ. P. 55(a).

RESPECTFULLY SUBMITTED,

DATED: 08/20/2021

KIMMEL & SILVERMAN, P.C.

By: s/ Jacob U. Ginsburg

Jacob U. Ginsburg, Esq.
30 E. Butler Avenue
Ambler, PA 19002
Tel: 215-540-8888
Fax: 215-540-8817
teamkimmel@creditlaw.com
Attorney for the Plaintiff

**CERTIFICATE OF SERVICE**

I certify that on August 19, 2021, a copy of the foregoing has been served on all counsel of record via ECF and will also be sent to the Defendant Dealer Renewal Services by depositing a copy of same in the United States mail, postage prepaid, addressed as follows:

Dealer Renewal Services
3300 South Dixie Highway
Suite 267
West Palm Beach FL 33405-1987

*/s/ Jacob U. Ginsburg*
Jacob U. Ginsburg