**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| **Cameron Thompson**, | ) | |
| Plaintiff, | ) | **Case No.:** |
| v. | ) | |
| **Dealer Renewal Services, Royal Administration Services, Inc., and Budco Financial Services** | ) | **4:21-cv-00467-P** |
| Defendants. | ) | |

**AFFIDAVIT OF JACOB U. GINSBURG**

Jacob U. Ginsburg, Esq., being duly sworn and upon oath, hereby states the following:

1. I am one of Plaintiff's attorneys in this matter and was retained to represent Plaintiff in a claim against Defendant, pursuant to the Telephone Consumer Protection Act and Texas state law claims.

2. Defendant, Dealer Renewal Services., was served via personal service on June 30, 2021. See Docket Entry 22.

3. Defendant's answer would have been due July 21, 2021.

4. Neither Defendant nor an attorney for Defendant has reached out to request an extension or to otherwise discuss the case.

5. Despite proper service, as of this date, no answer to Plaintiff's complaint has been filed.

6. Defendant is not a minor, incompetent person, or in the military or foreign service.

FURTHER AFFIANT SAYETH NAUGHT.

SO AVERED:

*/s/ Jacob U. Ginsburg*

Dated: August 20, 2021