### UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| **Cameron Thompson**, )<br>  )<br>       Plaintiff, )<br>   v. )<br>  )<br>**Dealer Renewal Services, Royal** )<br>**Administration Services, Inc., and Budco** )<br>**Financial Services** )<br>  )<br>       Defendants. ) | **Case No.: 4:21-cv-00467-P** |

### PLAINTIFF'S STATUS REPORT

In response to the Honorable Court's Order dated August 18, 2021, Plaintiff, by and through his counsel provides the following status report.

After discussion with counsel for Defendants Royal Administration Services, Inc. and Budco Fin. Services, Plaintiff accepted their offer of judgment which was filed with the Court by defense counsel on August 18, 2021. (Doc. No. 28).

Plaintiff requested an entry of default against Defendant Dealer Renewal Services on August 20, 2021.

Regretfully, Plaintiff did not submit a joint report with defense counsel on August 17, 2021 as the Court instructed, because Plaintiff had resolved his claims with the defendants that were represented by counsel.   Furthermore, Plaintiff's counsel is in a transition period with Amy Ginsburg leaving Kimmel & Silverman and because of that transition and the settlement/acceptance of offer of judgment with Royal and Budco, regretfully omitted to submit a report to the Court.

Plaintiff apologizes to the Court for not submitting a status report on August 17, 2021 as the Court instructed. Plaintiff intends to seek default judgment against the remaining Defendant and will be mindful of Your Honor's deadlines and instructions moving forward in this matter.

Respectfully submitted,

DATED: 08/20/2021                         KIMMEL & SILVERMAN, P.C.

By: *s/ Jacob U. Ginsburg*
Jacob U. Ginsburg, Esq.
30 E. Butler Avenue
Ambler, PA 19002
Tel: 215-540-8888
Fax: 215-540-8817
jginsburg@creditlaw.com
teamkimmel@creditlaw.com
Attorney for the Plaintiff

**CERTIFICATE OF SERVICE**

I certify that on August 20, 2021, a copy of the foregoing has been served on all counsel of record via ECF and will also be sent to the Defendant Dealer Renewal Services by depositing a copy of same in the United States mail, postage prepaid, addressed as follows:

Dealer Renewal Services
3300 South Dixie Highway
Suite 267
West Palm Beach FL 33405-1987

*/s/ Jacob U. Ginsburg*