UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| **Cameron Thompson**, | ) |
|  | ) |
| Plaintiff, | ) Case No.: 4:21-cv-00467-P |
| v. | ) |
|  | ) |
| **Dealer Renewal Services, Royal Administration Services, Inc., and Budco Financial Services** | ) |
|  | ) |
| Defendants. | ) |

## CERTIFICATION OF CAMERON THOMPSON

I, Cameron Thompson, hereby certify as follows:

1. I am the Plaintiff in the above-captioned lawsuit.

2. I am an adult resident of Fort Worth, Texas.

3. Since at least 2004, I have owned a cell phone, the number for which is (469) XXX-3664.

4. I registered my cell phone on the federal Do Not Call list in January 2004 in order to have peace and solitude from unwanted telemarketing calls. (*See* Exhibit Cert-1.)

5. In 2019 and 2020, I received a high volume of irritating and invasive solicitation calls that I now know to be from Dealer Renewal Service ("DRS") who was attempting to sell warranties for Royal Administrative Services and BudCo.

6. The calls began with a pre-recorded voice attempting to sell extended warranty plans.

7. Before a live agent appeared on the line, there would be a pause and delay.

8. The calls were highly frustrating and disruptive to my daily life.

9. I had no interest in purchasing an extended warranty.

10. In order to document the harassment, I began taking screenshots of the calls I was receiving from DRS. (*See* Exhibit A, Screenshots.)

11. The screenshots attached reflect some but not all of the calls I received from DRS.

12. In April of 2020, for investigative purposes, I purchased a warranty in order to ascertain who was placing this high volume of automated calls attempting to sell a warranty I did not want.

13. I received a purchase confirmation and copy of the warranty plan in the mail, which confirmed the marketing company selling the warranty was DRS. The warranty plan also showed that Defendant Royal Administrative Services was the warranty administrator and Defendant BudCo was the finance company that processed payments and derived its profit from the activities of DRS and Royal.

14. Each call reflected in the attached screenshots was virtually identical in the composition and substance as the calls where I purchased the DRS/Royal warranty.

15. Accordingly, I am certain that each call of the attached screenshots was made by the defendants in this lawsuit.

16. Almost immediately thereafter, I cancelled the warranty and told DRS not to call me again.

I, Cameron Thompson, hereby certify that the foregoing is true and correct to the best of my knowledge, subject to penalty of federal and Texas state law for making a false sworn statement.

SO CERTIFIED:

_____
CAMERON THOMPSON

DATED:
10/10/21