# EXHIBIT "A"

No SIM    2:55 AM    12%

Recents



# Fraud Risk

+1 (469) 410-6702

Terrell, TX


message


call


video


mail


pay

## December 11, 2019

**11:44 AM  Incoming Call**

30 seconds

## Share Contact

## Create New Contact


Favorites


Recents


Contacts


Keypad


Voicemail



‹ **Recents**



# Telemarketer

+1 (972) 945-1620

United States


message


call


video


mail


pay

---

## December 16, 2019

**1:08 PM**    **Incoming Call**
3 minutes

---

Share Contact

---

Create New Contact

---

Add to Existing Contact

---

Add to Emergency Contacts

---


Favorites


Recents


Contacts


Keypad


Voicemail

 **Recents**



# Telemarketer

+1 (972) 945-1620

United States


message


call


video


mail


pay

## December 16, 2019

1:08 PM **Incoming Call**
3 minutes

Share Contact

Create New Contact

Add to Existing Contact

Add to Emergency Contacts







‹ Recents



# Fraud Risk

+1 (469) 410-6701

Terrell, TX


message


call


video


mail


pay

---

## March 3, 2020

2:03 PM   **Incoming Call**
11 seconds

---

Share Contact

---

Create New Contact

---

Add to Existing Contact

---

Add to Emergency Contacts

---


Favorites


Recents


Contacts


Keypad


Voicemail



# Fraud Risk

## +1 (972) 945-1990

### United States

    

message      call      video      mail      pay

---

## March 4, 2020

**10:19 AM**  **Incoming Call**
13 seconds

---

Share Contact

---

Create New Contact

---

Add to Existing Contact

---

Add to Emergency Contacts

---

    

Favorites      Recents      Contacts      Keypad      Voicemail



‹ Recents



# Telemarketer

+1 (972) 945-1622

United States


message


call


video


mail


pay

## March 4, 2020

5:23 PM  **Incoming Call**
57 seconds

Share Contact

Create New Contact

Add to Existing Contact

Add to Emergency Contacts


Favorites


Recents


Contacts


Keypad


Voicemail



‹ **Recents**



# Fraud Risk

+1 (469) 410-6702

Terrell, TX

    

message    call    video    mail    pay

---

### March 5, 2020

4:53 PM  **Incoming Call**
11 seconds

---

Share Contact

---

Create New Contact

---

Add to Existing Contact

---

Add to Emergency Contacts

---

    

Favorites    Recents    Contacts    Keypad    Voicemail





< **Recents**



# Spam Risk

+1 (469) 410-6699

Terrell, TX, United States

    

message    call    video    mail    pay

## March 6, 2020

2:12 PM  **Incoming Call**
22 seconds

Share Contact

Create New Contact

Add to Existing Contact

Add to Emergency Contacts

    

Favorites    Recents    Contacts    Keypad    Voicemail

 **Recents**



# Spam Risk

+1 (469) 410-6699

Terrell, TX, United States

    

message call video mail pay

---

## March 9, 2020

11:00 AM **Incoming Call**
12 seconds

---

Share Contact

---

Create New Contact

---

Add to Existing Contact

---

Add to Emergency Contacts

---

    

Favorites Recents Contacts Keypad Voicemail

Case 4:21-cv-00467-P   Document 34-3   Filed 10/10/21   Page 11 of 31   PageID 143

‹ **Recents**



# +1 (469) 410-6699

Terrell, TX, United States


message


call


video


mail


pay

## March 9, 2020

1:14 PM   **Incoming Call**
13 seconds

Share Contact

Create New Contact

Add to Existing Contact

Add to Emergency Contacts


Favorites


Recents


Contacts


Keypad


Voicemail

Case 4:21-cv-00467-P   Document 34-3   Filed 10/10/21   Page 12 of 31   PageID 144



# +1 (469) 410-6699

Terrell, TX, United States

    

message    call    video    mail    pay

---

## March 9, 2020

1:14 PM   **Incoming Call**
      13 seconds

---

Share Contact

---

Create New Contact

---

Add to Existing Contact

---

Add to Emergency Contacts

---

    

Favorites    Recents    Contacts    Keypad    Voicemail



‹ Recents



# Telemarketer

+1 (972) 945-1620

United States

    

message    call    video    mail    pay

## March 10, 2020

10:20 AM  **Missed Call**

Share Contact

Create New Contact

Add to Existing Contact

Add to Emergency Contacts

    

Favorites    Recents    Contacts    Keypad    Voicemail

Case 4:21-cv-00467-P Document 34-3 Filed 10/10/21 Page 14 of 31 PageID 146

< Recents



# Fraud Risk

+1 (972) 945-1990

United States

    

message    call    video    mail    pay

March 11, 2020

11:50 AM **Missed Call**

Share Contact

Create New Contact

Add to Existing Contact

Add to Emergency Contacts

    

Favorites    Recents    Contacts    Keypad    Voicemail

Case 4:21-cv-00467-P   Document 34-3   Filed 10/10/21   Page 15 of 31   PageID 147

< Recents



# Fraud Risk

+1 (972) 945-1990

United States

    

message    call    video    mail    pay

---

March 11, 2020

4:16 PM   **Missed Call**

---

Share Contact

---

Create New Contact

---

Add to Existing Contact

---

Add to Emergency Contacts

---

    

Favorites    Recents    Contacts    Keypad    Voicemail

 Recents



# Telemarketer

+1 (972) 945-1622

United States

 message    call    video    mail    pay

---

## March 13, 2020

**2:23 PM**  **Incoming Call**
1 minute

---

Share Contact

---

Create New Contact

---

Add to Existing Contact

---

Add to Emergency Contacts

---

    

Case 4:21-cv-00467-P   Document 34-3   Filed 10/10/21   Page 17 of 31   PageID 149


‹ **Recents**



# +1 (469) 342-0510

Allen, TX

                

message     call     video     mail     pay

---

## March 12, 2020

2:09 PM   **Incoming Call**

          38 seconds

---

Share Contact

---

Create New Contact

---

Add to Existing Contact

---

Add to Emergency Contacts

---

                

Favorites     Recents     Contacts     Keypad     Voicemail

‹ **Recents**



# +1 (469) 342-0510

Allen, TX


message


call


video


mail


pay

---

## March 16, 2020

**2:13 PM**   **Incoming Call**
4 minutes

---

Share Contact

---

Create New Contact

---

Add to Existing Contact

---

Add to Emergency Contacts

---


Favorites


Recents


Contacts


Keypad


Voicemail

 **Recents**



# Spam Risk

+1 (469) 410-6701

Terrell, TX

 message    call    video    mail    pay

## March 16, 2020

2:22 PM   **Incoming Call**
14 seconds

Share Contact

Create New Contact

Add to Existing Contact

Add to Emergency Contacts

 Favorites    Recents    Contacts    Keypad    Voicemail

Case 4:21-cv-00467-P   Document 34-3   Filed 10/10/21   Page 20 of 31   PageID 152

‹ **Recents**



# Spam Risk

+1 (469) 410-6702

Terrell, TX

    

message    call    video    mail    pay

---

### March 19, 2020

4:35 PM   **Missed Call**

---

Share Contact

---

Create New Contact

---

Add to Existing Contact

---

Add to Emergency Contacts

---

    

Favorites    Recents    Contacts    Keypad    Voicemail

Case 4:21-cv-00467-P   Document 34-3   Filed 10/10/21   Page 21 of 31   PageID 153

‹ **Recents**



# Spam Risk

+1 (469) 410-6701

Terrell, TX


message


call


video


mail


pay

---

## March 20, 2020

**11:11 AM**   **Incoming Call**
1 minute

---

Share Contact

---

Create New Contact

---

Add to Existing Contact

---

Add to Emergency Contacts

---


Favorites


Recents


Contacts


Keypad


Voicemail

Case 4:21-cv-00467-P  Document 34-3  Filed 10/10/21  Page 22 of 31  PageID 154

< Recents



# Telemarketer

+1 (972) 945-1622

United States

            

message          call           video          mail            pay

---

## March 25, 2020

**5:17 PM**  **Incoming Call**
     11 seconds

---

Share Contact

---

Create New Contact

---

Add to Existing Contact

---

Add to Emergency Contacts

---

    

‹ Recents



# +1 (469) 342-0510

Allen, TX


message


call


video


mail


pay

**March 23, 2020**

1:46 PM    **Incoming Call**
1 minute

Share Contact

Create New Contact

Add to Existing Contact

Add to Emergency Contacts


Favorites


Recents


Contacts


Keypad


Voicemail



# +1 (469) 342-0510

Allen, TX


message


call


video


mail


pay

---

## March 26, 2020

1:45 PM **Missed Call**

---

Share Contact

---

Create New Contact

---

Add to Existing Contact

---

Add to Emergency Contacts

---


Favorites


Recents


Contacts


Keypad


Voicemail



**8:07 PM**    58% ▉

◀ **Recents**



# +1 (469) 342-0510

### Allen, TX

    

message    call    video    mail    pay

---

## April 9, 2020

5:35 PM    **Incoming Call**

44 seconds

---

## Share Contact

---

## Create New Contact

---

## Add to Existing Contact

---

## Add to Emergency Contacts

---

    

Favorites    **Recents**    Contacts    Keypad    Voicemail

 Recents



# +1 (972) 945-1990

### United States

 message    call    video    mail    pay

---

## April 10, 2020

9:32 AM   **Incoming Call**
16 seconds

---

Share Contact

---

Create New Contact

---

Add to Existing Contact

---

Add to Emergency Contacts

---

 Favorites    Recents    Contacts    Keypad    Voicemail

.ıll AT&T LTE     4:27 PM     93% ▬

 ‹ **Recents**



# +1 (469) 342-0510

Allen, TX


message


call


video


mail


pay

---

## April 13, 2020

1:31 PM    **Incoming Call**
            52 seconds

---

Share Contact

---

Create New Contact

---

Add to Existing Contact

---

Add to Emergency Contacts

---


Favorites


Recents


Contacts


Keypad


Voicemail






# Spam Risk

+1 (972) 945-1620

United States


message


call


video


mail


pay

April 15, 2020

10:33 AM   **Incoming Call**
47 seconds

Share Contact

Create New Contact

Add to Existing Contact

Add to Emergency Contacts


Favorites


Recents


Contacts


Keypad


Voicemail

 **Recents**



# Spam Risk

+1 (469) 410-6702

Terrell, TX


message


call


video


mail


pay

## April 16, 2020

3:57 PM  **Incoming Call**
16 minutes

Share Contact

Create New Contact

Add to Existing Contact

Add to Emergency Contacts


Favorites


Recents


Contacts


Keypad


Voicemail





< Recents



# +1 (940) 310-3372

Tioga, TX


message


call


video


mail


pay

## May 6, 2020

**11:51 AM** **Incoming Call**
4 minutes

Share Contact

Create New Contact

Add to Existing Contact

Add to Emergency Contacts


Favorites


Recents


Contacts


Keypad


Voicemail

 ‹ **Recents**



# Spam Risk

+1 (682) 688-5725

Arlington, TX

    

message      call      video      mail      pay

---

### May 4, 2020

3:14 PM  **Incoming Call**
2 minutes

---

Share Contact

---

Create New Contact

---

Add to Existing Contact

---

Add to Emergency Contacts

---

    

Favorites   Recents   Contacts   Keypad   Voicemail