UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| **Cameron Thompson**, <br><br> Plaintiff, <br> v. <br><br> **Dealer Renewal Services, Royal Administration Services, Inc., and Budco Financial Services** <br><br> Defendants. | Case No.: <br><br> **4:21-cv-00467-P** |

# ORDER

AND NOW, this _____ of _____, upon review of Plaintiff Cameron Thompson's motion for default judgment against Defendant Dealer Renewal Service, and any response thereto, it is hereby **ORDERED** that Plaintiff's motion is GRANTED.  Default judgment is entered in favor of Plaintiff Cameron Thompson against Defendant Dealer Renewal Services in the amount of **$221,500.00.**

SO ORDERED:

_____
Mark T. Pittman
UNITED STATES DISTRICT JUDGE.