# EXHIBIT 1 TO CERTIFICATION OF PLAINTIFF

**From:** Verify@DonotCall.gov
**Sent:** Saturday, October 09, 2021 9:08 PM
**To:** jginsburg@lemonlaw.com
**Subject:** National Do Not Call Registry - Your Registration Is Confirmed

Thank you for registering your phone number with the National Do Not Call Registry. You successfully registered your phone number ending in 3664 on January 25, 2004. Most telemarketers will be required to stop calling you 31 days from your registration date.

Visit https://www.donotcall.gov to register another number or file a complaint against someone violating the Registry.

**************************************************************************************************
***********************************

Please do not reply to this message as it is from an unattended mailbox. Any replies to this email will not be responded to or forwarded. This service is used for outgoing emails only and cannot respond to inquiries.