# EXHIBIT "A"


No SIM
2:55 AM
12%
Recents
FR
Fraud Risk
+1 (469) 410-6702
Terrell, TX
message
call
video
mail
pay
December 11, 2019
11:44 AM Incoming Call
30 seconds
Share Contact
Create New Contact
Favorites
Recents
Contacts
Keypad
Voicemail

AT&T 9:57 AM 58%

Recents

T

# Telemarketer

+1 (972) 945-1620

United States

message call video mail pay

December 16, 2019

1:08 PM **Incoming Call**

3 minutes

Share Contact

Create New Contact

Add to Existing Contact

Add to Emergency Contacts

Favorites Recents Contacts Keypad Voicemail

AT&T 9:57 AM 58%

< Recents

T

# Telemarketer

+1 (972) 945-1620

United States

message call video mail pay

December 16, 2019

1:08 PM **Incoming Call**

3 minutes

Share Contact

Create New Contact

Add to Existing Contact

Add to Emergency Contacts

Favorites Recents Contacts Keypad Voicemail

AT&T LTE 4:54 PM 91%

< Recents

FR

# Fraud Risk

+1 (469) 410-6701

Terrell, TX

message call video mail pay

March 3, 2020

2:03 PM **Incoming Call**

11 seconds

Share Contact

Create New Contact

Add to Existing Contact

Add to Emergency Contacts

Favorites Recents Contacts Keypad Voicemail

AT&T LTE 4:55 PM 89%

Recents

FR

# Fraud Risk

+1 (972) 945-1990

United States

message call video mail pay

March 4, 2020

10:19 AM **Incoming Call**

13 seconds

Share Contact

Create New Contact

Add to Existing Contact

Add to Emergency Contacts

Favorites Recents Contacts Keypad Voicemail

AT&T LTE 4:58 PM 89%

Recents

T

# Telemarketer

+1 (972) 945-1622

United States

message call video mail pay

March 4, 2020

5:23 PM **Incoming Call**

57 seconds

Share Contact

Create New Contact

Add to Existing Contact

Add to Emergency Contacts

Favorites Recents Contacts Keypad Voicemail

AT&T LTE 5:01 PM 87%

Recents

FR

# Fraud Risk

+1 (469) 410-6702

Terrell, TX

message call video mail pay

March 5, 2020

4:53 PM **Incoming Call**

11 seconds

Share Contact

Create New Contact

Add to Existing Contact

Add to Emergency Contacts

Favorites Recents Contacts Keypad Voicemail

AT&T LTE 5:04 PM 85%

< Recents

SR

# Spam Risk

+1 (469) 410-6699

Terrell, TX, United States

message call video mail pay

March 6, 2020

2:12 PM **Incoming Call**

22 seconds

Share Contact

Create New Contact

Add to Existing Contact

Add to Emergency Contacts

Favorites Recents Contacts Keypad Voicemail

AT&T LTE 5:07 PM 84%

Recents

SR

Spam Risk

+1 (469) 410-6699

Terrell, TX, United States

message call video mail pay

March 9, 2020

11:00 AM **Incoming Call**

12 seconds

Share Contact

Create New Contact

Add to Existing Contact

Add to Emergency Contacts

Favorites Recents Contacts Keypad Voicemail

AT&T LTE 5:07 PM 84%

Recents

+1 (469) 410-6699

Terrell, TX, United States

message call video mail pay

March 9, 2020

1:14 PM **Incoming Call**

13 seconds

Share Contact

Create New Contact

Add to Existing Contact

Add to Emergency Contacts

Favorites Recents Contacts Keypad Voicemail

AT&T LTE 5:11 PM 82%

< Recents

+1 (469) 410-6699

Terrell, TX, United States

message call video mail pay

March 9, 2020

1:14 PM **Incoming Call**

13 seconds

Share Contact

Create New Contact

Add to Existing Contact

Add to Emergency Contacts

Favorites Recents Contacts Keypad Voicemail

AT&T LTE 5:13 PM 82%

Recents

T

# Telemarketer

+1 (972) 945-1620

United States

message call video mail pay

March 10, 2020

10:20 AM **Missed Call**

Share Contact

Create New Contact

Add to Existing Contact

Add to Emergency Contacts

Favorites Recents Contacts Keypad Voicemail

AT&T LTE 5:14 PM 81%

Recents

FR

# Fraud Risk

+1 (972) 945-1990

United States

message call video mail pay

March 11, 2020

11:50 AM **Missed Call**

Share Contact

Create New Contact

Add to Existing Contact

Add to Emergency Contacts

Favorites Recents Contacts Keypad Voicemail

AT&T LTE 5:14 PM 81%

Recents

FR

# Fraud Risk

+1 (972) 945-1990

United States

message call video mail pay

March 11, 2020

4:16 PM **Missed Call**

Share Contact

Create New Contact

Add to Existing Contact

Add to Emergency Contacts

Favorites Recents Contacts Keypad Voicemail

AT&T LTE 5:15 PM 81%

Recents

T

# Telemarketer

+1 (972) 945-1622

United States

message call video mail pay

March 13, 2020

2:23 PM **Incoming Call**

1 minute

Share Contact

Create New Contact

Add to Existing Contact

Add to Emergency Contacts

Favorites Recents Contacts Keypad Voicemail

AT&T LTE 2:26 PM 87%

< Recents

+1 (469) 342-0510

Allen, TX

message call video mail pay

March 12, 2020

2:09 PM **Incoming Call**

38 seconds

Share Contact

Create New Contact

Add to Existing Contact

Add to Emergency Contacts

Favorites Recents Contacts Keypad Voicemail


AT&T
12:38 PM
77%
Recents
+1 (469) 342-0510
Allen, TX
message
call
video
mail
pay
March 16, 2020
2:13 PM Incoming Call
4 minutes
Share Contact
Create New Contact
Add to Existing Contact
Add to Emergency Contacts
Favorites
Recents
Contacts
Keypad
Voicemail

AT&T 12:39 PM 76%

< Recents

SR

# Spam Risk

+1 (469) 410-6701

Terrell, TX

message call video mail pay

March 16, 2020

2:22 PM **Incoming Call**

14 seconds

Share Contact

Create New Contact

Add to Existing Contact

Add to Emergency Contacts

Favorites Recents Contacts Keypad Voicemail

AT&T VPN 8:39 PM 46%

Recents

SR

# Spam Risk

+1 (469) 410-6702

Terrell, TX

message call video mail pay

March 19, 2020

4:35 PM **Missed Call**

Share Contact

Create New Contact

Add to Existing Contact

Add to Emergency Contacts

Favorites Recents Contacts Keypad Voicemail

AT&T VPN 8:40 PM 45%

< Recents

SR

# Spam Risk

+1 (469) 410-6701

Terrell, TX

message call video mail pay

March 20, 2020

11:11 AM **Incoming Call**

1 minute

Share Contact

Create New Contact

Add to Existing Contact

Add to Emergency Contacts

Favorites Recents Contacts Keypad Voicemail

AT&T 2:51 PM 77%

< Recents

T

# Telemarketer

+1 (972) 945-1622
United States

message call video mail pay

March 25, 2020

5:17 PM **Incoming Call**
11 seconds

Share Contact

Create New Contact

Add to Existing Contact

Add to Emergency Contacts

Favorites Recents Contacts Keypad Voicemail

AT&T 3:05 PM 75%

< Recents

+1 (469) 342-0510

Allen, TX

message call video mail pay

March 23, 2020

1:46 PM **Incoming Call**

1 minute

Share Contact

Create New Contact

Add to Existing Contact

Add to Emergency Contacts

Favorites Recents Contacts Keypad Voicemail

AT&T 3:39 PM 83%

Recents

+1 (469) 342-0510

Allen, TX

message call video mail pay

March 26, 2020

1:45 PM **Missed Call**

Share Contact

Create New Contact

Add to Existing Contact

Add to Emergency Contacts

Favorites Recents Contacts Keypad Voicemail

AT&T 8:07 PM 58%

< Recents

+1 (469) 342-0510

Allen, TX

message call video mail pay

April 9, 2020

5:35 PM **Incoming Call**

44 seconds

Share Contact

Create New Contact

Add to Existing Contact

Add to Emergency Contacts

Favorites Recents Contacts Keypad Voicemail

AT&T 3:22 PM 59%

Recents

+1 (972) 945-1990

United States

message call video mail pay

April 10, 2020

9:32 AM **Incoming Call**

16 seconds

Share Contact

Create New Contact

Add to Existing Contact

Add to Emergency Contacts

Favorites Recents Contacts Keypad Voicemail

AT&T LTE 4:27 PM 93%

Recents

# +1 (469) 342-0510

Allen, TX

message call video mail pay

April 13, 2020

1:31 PM **Incoming Call**

52 seconds

Share Contact

Create New Contact

Add to Existing Contact

Add to Emergency Contacts

Favorites Recents Contacts Keypad Voicemail

AT&T VPN 4:29 PM 93%

Recents

SR

# Spam Risk

+1 (972) 945-1620

United States

message call video mail pay

April 15, 2020

10:33 AM **Incoming Call**

47 seconds

Share Contact

Create New Contact

Add to Existing Contact

Add to Emergency Contacts

Favorites Recents Contacts Keypad Voicemail

AT&T VPN 4:30 PM 92%

< Recents

SR

# Spam Risk

+1 (469) 410-6702

Terrell, TX

message call video mail pay

April 16, 2020

3:57 PM **Incoming Call**

16 minutes

Share Contact

Create New Contact

Add to Existing Contact

Add to Emergency Contacts

Favorites Recents Contacts Keypad Voicemail

AT&T 2:09 PM 73%

Recents

+1 (940) 310-3372

Tioga, TX

message call video mail pay

May 6, 2020

11:51 AM **Incoming Call**

4 minutes

Share Contact

Create New Contact

Add to Existing Contact

Add to Emergency Contacts

Favorites Recents Contacts Keypad Voicemail

AT&T 2:10 PM 71%

Recents

SR

# Spam Risk

+1 (682) 688-5725

Arlington, TX

message call video mail pay

May 4, 2020

3:14 PM **Incoming Call**

2 minutes

Share Contact

Create New Contact

Add to Existing Contact

Add to Emergency Contacts

Favorites Recents Contacts Keypad Voicemail