**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| **Cameron Thompson**, | ) | |
| Plaintiff, | ) | **Case No.:** |
| v. | ) | |
| | ) | **4:21-cv-00467-P** |
| **Dealer Renewal Services, Royal Administration Services, Inc., and Budco Financial Services** | ) | |
| Defendants. | ) | |

**ORDER**

AND NOW, this ___________ of ________________, upon review of Plaintiff Cameron Thompson's motion for default judgment against Defendant Dealer Renewal Service, and any response thereto, it is hereby **ORDERED** that Plaintiff's motion is GRANTED. Default judgment is entered in favor of Plaintiff Cameron Thompson against Defendant Dealer Renewal Services in the amount of **$221,500.00.**

SO ORDERED:

______________________
Mark T. Pittman
UNITED STATES DISTRICT JUDGE.