UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**CAMERON THOMPSON,**

  Plaintiff,

v.     No. 4:21-cv-0467-P

**DEALER RENEWAL SERVICES ET AL,**

  Defendants.

# FINAL JUDGMENT

This Final Judgment is issued pursuant to Federal Rule of Civil Procedure 58. Per the Order entered on November 18, 2021:

It is **ORDERED, ADJUDGED, and DECREED** that this civil action is **DISMISSED with prejudice**. The Clerk is **DIRECTED** to transmit a true copy of this Final Judgment to the Parties.

**SO ORDERED** on this **18th day** of **November, 2021.**

_____
Mark T. Pittman
UNITED STATES DISTRICT JUDGE